# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

**MEMO ENDORSED**

WRITER'S DIRECT:  212-465-1188
cklee@leelitigation.com

August 21, 2017

**VIA ECF**
Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/22/2017

Re:  *Marett v. Palm Restaurant Inc.*
Case No. 16-CV-9381 (JGK)

Dear Judge Koeltl:

We are counsel to Plaintiff in the above-referenced matter. We write, jointly with counsel to Defendant, to respectfully request a two-week extension of time by which to file for preliminary approval of class settlement.

As the Court is aware, by letter dated June 7, 2017 the parties informed the Court that a contemplated settlement in principle had been reached and requested 30 days to submit preliminary approval papers, which request was granted by the Court on June 12, 2017 (ECF Dkt. No. 24). The parties subsequently requested additional time to submit the preliminary approval motion, to August 21, 2017, which request was granted by the Court on August 9, 2017 (ECF Dkt. No. 27). The parties are in the final stages of negotiating the settlement agreement and preparing the proposed motion, however, we require an additional two weeks to do so.

The parties are confident that we will be able to finalize and execute the agreement file the motion for preliminary approval within the next two weeks. This is the parties' third request for extension.

We thank Your Honor for considering this matter.

Respectfully submitted,

/s/ C.K. Lee
C.K. Lee, Esq.

cc: all parties via ECF

*Time to file a preliminary approval of class settlement extended to September 6, 2017.*

SO ORDERED.

Valerie Caproni

HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE
PART I      8/22/2017