USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __9-15-17__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUCIA MARETT,                                    16-cv-9381 (JGK)

            plaintiff,                ORDER

- against -

PALM RESTAURANT INC.,

            defendant.

---

JOHN G. KOELTL, District Judge:

The Court will hold a hearing on the motion for preliminary approval of the settlement on **September 22, 2017 at 10:00 A.M.** in Courtroom 12-B, United States Courthouse, 500 Pearl Street, New York, New York 10027.

SO ORDERED.

Dated:    New York, New York
          September 14, 2017

                                            John G. Koeltl
                                    United States District Judge