IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

LUCIA MARETT, individually and on behalf of
all others similarly situated,

                Plaintiff,

v.

PALM RESTAURANT, INC.,

                Defendant.

Case No: 16 Civ. 9381

------------------------------------------------------------------X

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Lucia Marett, individually and on behalf of all others similarly situated, respectfully moves this Court for an order granting final approval of the proposed class settlement between the Plaintiff, the certified Class, and Defendant Palm Restaurant, Inc. In support of this motion Plaintiff incorporates and refers the Court to the contemporaneously filed Memorandum of Law in Support of Final Approval of Class Action Settlement, and avers as follows:

1. On or about September 6, 2017 after a series of substantial arms-length negotiations, the parties agreed to a settlement in principle and executed a Class Settlement Agreement and Release (the "Settlement Agreement").

2. Subsequently, the parties agreed on a proposed form of Notice of the proposed Settlement Agreement to the Class ("Notice"), the proposed manner of disseminating the Notice to the Class, and the proposed Order of the Court granting preliminary approval of the proposed settlement. On October 13, 2017 Plaintiffs' counsel submitted a supplemental letter in support of preliminary approval.

3. The Court granted preliminary approval to the settlement on October 27, 2017,

authorized the dissemination of notice, and scheduled a final approval hearing for February 26, 2018 (ECF No. 39).

4.  As explained in detail in the accompanying Memorandum and supporting declarations, the class notice was disseminated in accordance with the Court's Order.

5.  As also explained in detail in the accompanying Memorandum, the proposed settlement is fair, reasonable and adequate and represents an appropriate compromise of this litigation.

WHEREFORE, Plaintiff requests that the Court enter the proposed Order, attached hereto as Exhibit A, granting final approval to the proposed class settlement.

Dated: February 8, 2018

                Respectfully submitted,

By:   /s/ C.K. Lee
       Lee Litigation Group, PLLC
       C.K. Lee (CL 4086)
       Anne Seelig (AS 3976)
       30 East 39th Street, 2nd Floor
       New York, NY 10016
       (212) 465-1188
       ***Attorneys for Plaintiff and the Class***